LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 25-16917-abl |
|---|---|
| CRS SERVICES, LIMITED, | Chapter 11 |
| Debtor. | Date: January 21, 2026<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE**

1. On the 17th day of December, 2025, I served the following documents:

   a. Motion to: (I) Value Collateral of Revenued LLC Pursuant to the Proof of Claim No. 5; and (II) Determine Its Secured Status Pursuant to 11 U.S.C. § 506 for Purposed of Plan Confirmation — ECF No. 50

   b. Notice of Remote Hearing re: Motion to: (I) Value Collateral of Revenued LLC Pursuant to the Proof of Claim No. 5; and (II) Determine Its Secured Status Pursuant to 11 U.S.C. § 506 for Purposed of Plan Confirmation — ECF No. 51

   c. Omnibus Declaration of Steven D. Boyer in Support of the Debtor's Motions to: (I) Value the Collateral of Various Secured Creditors, and (II) Determine Their Secured Status Pursuant to 11 U.S.C. § 506 For Purposes of Plan Confirmation — ECF No. 54

   d. Omnibus Declaration of Daniel C. Watson in Support of the Debtor's Motions to: (I) Value the Collateral of Various Secured Creditors, and (II) Determine Their Secured Status Pursuant to 11 U.S.C. § 506 For Purposes of Plan Confirmation — ECF No. 55

2. The above-referenced documents were served by the following means:

☒ **a.** **ECF System**:

EDWARD M. BURR   TED@MACRESTRUCTURING.COM

NATHAN G. KANUTE on behalf of Creditor BayFirst National Bank
nkanute@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com; sdugan@swlaw.com;ljtaylor@swlaw.com;rshaffer@swlaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

3. In addition to the above-named pleadings, the Debtor also served the ***Omnibus Declaration of Steven D. Boyer in Support of the Debtor's Initial Emergency Motions and Related Relief*** filed on November 17, 2025 [ECF No. 10].   I served a copy of the above named documents by the following means to the parties listed below:

☒ **a.** **United States Priority First Class Mail**, postage fully prepaid:

| | |
|---|---|
| REVENUED LLC<br>ATTN: MANAGING MEMBER<br>55 ALMERIA AVE., 2ND FLR.<br>CORAL GABLES, FL  33134 | REVENUED LLC<br>ATTN: VIJAY G. BRIJBASI, ESQ.<br>55 ALMERIA AVE., 2ND FLR.<br>CORAL GABLES, FL  33134 |
| REVENUED, LLC<br>C/O CORP. SERVICE. CO.,<br>AS REGISTERED AGENT<br>1201 HAYS ST.<br>TALLAHASSEE, FL 32301 | REVENUED, LLC<br>ATTN: BANKRUPTCY/LEGAL DEP'T<br>100 WILLIAM ST., 9TH FLOOR<br>NEW YORK, NY 10038 |

☐ **b.** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **c.** **By direct email (as opposed to through the ECF System)**:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **d.**     **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **e.**     **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: December 19, 2025.

Trish Huelsman                              /s/ *Trish Huelsman*
(Name of Declarant)                     (Signature of Declarant)

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169