LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>CRS SERVICES, LIMITED,<br><br>Debtor. | Case No. 25-16917-abl<br>Chapter 11<br><br>Date:  January 21, 2026<br>Time:  1:30 p.m. |
|---|---|

**NOTICE OF ENTRY OF ORDER GRANTING THE DEBTOR'S MOTION TO: (I) VALUE COLLATERAL OF REVENUED LLC PURSUANT TO PROOF OF CLAIM NO. 5, AND (II) DETERMINE ITS SECURED STATUS PURSUANT TO 11 U.S.C. § 506 FOR PURPOSES OF PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that on the 23rd day of January, 2026, the Court entered an *Order Granting Debtor's Motion to: Value Collateral of Revenued LLC Pursuant to Proof of Claim No. 5, and (II) Determine Its Secured Status Pursuant to 11 U.S.C. § 506 for Purposes of Plan Confirmation* [ECF No. 87]. A copy of the order is attached hereto.

DATED this 23rd day of January, 2026.

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
January 23, 2026

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. 25-16917-abl |
|---|---|
| CRS SERVICES, LIMITED, | Chapter 11 |
| Debtor. | Date: January 21, 2026<br>Time: 1:30 p.m. |

**ORDER GRANTING THE DEBTOR'S MOTION TO: (I) VALUE COLLATERAL OF REVENUED LLC PURSUANT TO PROOF OF CLAIM NO. 5, AND (II) DETERMINE ITS SECURED STATUS PURSUANT TO 11 U.S.C. § 506 FOR PURPOSES OF PLAN CONFIRMATION**

CRS Services, Limited, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *Motion to: (I) Value Collateral of Revenued LLC Pursuant to Proof of Claim No. 5, and (II) Determine its Secured Status Pursuant to 11 U.S.C. § 506 for Purposes of Plan Confirmation* (the "Motion") [ECF No. 50], which sought to value the interest of Revenued LLC ("Revenued") in and to its collateral, and to determine its secured

status in this case; no opposition to the Motion having been filed or raised at the hearing; the Court having reviewed and considered the Motion, and any papers or evidence filed in support; the Court having held a hearing on the Motion, with all appearances having been noted on the record, and with the Court having heard the arguments of counsel at the hearing; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED**:

1. The Debtor's Motion is GRANTED.[1]

2. Revenued's interest in its collateral is valued at $0.00 for purposes of this Chapter 11 Case, including the confirmation proceedings on the Debtor's Plan.

3. Based on the foregoing valuation, Revenued's claim in this case, Claim No. 5 in the amount of $76,973 is bifurcated into its secured and unsecured portions pursuant to 11 U.S.C. § 506(a), and thus a secured claim of $0.00, and a general unsecured claim in the remaining amount of $76,973.

4. Nothing in the Order is intended to or should be construed as "stripping" Revenued's lien from its collateral pursuant to 11 U.S.C. § 506(d), but without prejudice to whatever rights and remedies may exist in any confirmation proceedings on the Debtor's Plan, and any other proceedings in this case hereinafter.

5. The Court reserves jurisdiction over the interpretation, implementation, and enforcement of this Order.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as in the Debtor's Motion.

PREPARED AND SUBMITTED BY:

By:    /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Ted Burr (Subchapter V Trustee):                              APPROVED
Edward M. McDonald Jr. (Office of the U.S. Trustee):         APPROVED

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                              # # #